**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re: Mary L. Cardille | ) Case Number: 13-17749 |
| | ) Chapter 13 Proceedings |
| Debtor. | ) Judge Jessica E. Price Smith |

**NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE**

Craig Shopneck, the Chapter 13 Bankruptcy Trustee, has filed papers with the court to dismiss your case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to dismiss your case, or if you want the court to consider your views on the motion, then on or before **December 26, 2013**, you or your attorney must:

1. File a written response, explaining your position, at

   U.S. Bankruptcy Court
   Howard M. Metzenbaum
   201 Superior Avenue
   Cleveland, Ohio 44114

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

2. Mail a copy to:

   Craig Shopneck, Chapter 13 Bankruptcy Trustee
   BP Tower, 200 Public Square, Suite 3860
   Cleveland, Ohio 44114-1401

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without a hearing.

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268 Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

CERTIFICATE OF SERVICE

I certify that on December 5, 2013 a true and correct copy of this Notice of Trustee's Motion to Dismiss Case was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Lee R. Kravitz, on behalf of Mary L. Cardille, Debtor, at leekravitz@sbcglobal.net

And by regular U.S. mail, postage prepaid, on:

Mary L. Cardille, Debtor, at 9318 Plymouth Avenue, Garfield Hts, OH 44125

/S/ Craig Shopneck

CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-1401
Phone (216) 621-4268 Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

CS/kb
12/5/13