UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-17749 |
| | ) | |
| MARY L. CARDILLE | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| Debtor(s) | ) | JUDGE JESSICA E. PRICE SMITH |
| | ) | |
| | ) | |
| | ) | DEBTOR'S OBJECTION TO TRUSTEE'S |
| | ) | MOTION TO DISMISS CASE |
| | ) | |
| | ) | |

Now comes Mary L. Cardille, Debtor, and hereby objects to the Trustee's Motion to Dismiss Case for failure to appear at the Meeting of Creditors. The Debtor misinterpreted the correspondence from counsel for the Meeting of Creditors and therefore failed to appear. The Debtor intends to prosecute her case. A payroll deduction has been issued to her employer.

WHEREFORE, the Debtor respectfully prays that this Court enter an Order dismissing the Trustee's Motion to Dismiss Case for failure to appear.

Respectfully submitted,
/s/Lee R. Kravitz
Lee R. Kravitz (Reg. #0025634)
4508 State Road
Cleveland, OH 44109
216-749-0808
Fax No. 216-749-5389
Email: leekravitz@sbcglobal.net

CERTIFICATE OF SERVICE

A copy of the foregoing Objection was served this 13th day of December 2013, via regular U.S. Mail, or electronic mail, upon the following:

Craig Shopneck, Trustee
BP Tower
200 Public Square, Ste. 3860
Cleveland, OH 44114
(via ECF – ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com)

/s/Lee R. Kravitz__________
Lee R. Kravitz
Attorney for Debtor(s)