United States Bankruptcy Court
Northern District of Ohio

In re:
Mary L. Cardille
Debtor

Case No. 13-17749-jps
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0647-1 User: admin Page 1 of 1 Date Rcvd: Jan 14, 2014
Form ID: 202 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2014.
db +Mary L. Cardille, 9318 Plymouth Avenue, Garfield Hts., OH 44125-2363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2014 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2014 at the address(es) listed below:
Craig H Shopneck ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com
Lee R Kravitz on behalf of Debtor Mary L. Cardille leekravitz@sbcglobal.net
Martha R. Spaner on behalf of Creditor U.S. Bank National Association, as Trustee ohbk@rslegal.com, rsbkecfbackup@gmail.com
TOTAL: 3

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 13−17749−jps**

**In re:**
Mary L. Cardille
9318 Plymouth Avenue
Garfield Hts., OH 44125

**Social Security No.:**
xxx−xx−0627

## NOTICE OF DOCUMENT TO BE FILED − DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(b)(7) and 1007(c), unless an approved provider of an instructional course concerning personal financial management has notified the court that the debtor has completed the course after filing the petition, the debtor(s) in the above captioned case must file a statement of completion of a course concerning personal financial management, prepared as prescribed by the appropriate Official Form, no later than the last payment made by the debtor(s) as required by the plan.

Failure to submit such certification by this date may result in this case being closed without discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of a statement of completion of a course concerning personal financial management, the debtor(s) must pay the full filing fee due for filing such a motion.

**Dated:** January 14, 2014
Form ohnb202

For the Court
Kenneth J. Hirz, Clerk